United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 16-17650-amc
Angela Baumbach                                                       Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2         User: Antoinett         Page 1 of 1              Date Rcvd: Nov 17, 2016
                             Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 19, 2016.
db            +Angela Baumbach,    56 Nickelhill Lane,    Levittown, PA 19054-3407

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 19, 2016                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 17, 2016 at the address(es) listed below:
          KRISTINE A. MICHAEL    on behalf of Debtor Angela  Baumbach kmichaelesquire@hotmail.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                TOTAL: 3

**IN THE UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF PENNSYLVANIA**

ANGELA BAUMBACH : 16-17650

: CHAPTER 13

**ORDER GRANTING ADDITIONAL TIME TO FILE**

**CHAPTER 13 SCHEDULES AND OTHER REQUIRED DOCUMENTS**

It is ORDERED that the Debtor herein shall have until December 5, 2016, to file the Chapter 13 Plan, Means Test Calculation and Statement of Your Current Monthly Income and Calculation of Commitment Period.

BY THE COURT:

**Date: November 17, 2016**                                                        J.