# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| | : | |
| Angela Baumbach | | |
| | : | |
| Debtor | : | Bankruptcy No. 16-17650 |

## ORDER

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the orders dated November 1, 2016 and November 17, 2016 , this case is hereby DISMISSED.

**Date: December 13, 2016**

_____
Honorable ASHELY M. CHAN
United States Bankruptcy Judge

Missing Documents:

Chapter 13 Plan
Schedules AB-J
Statement of Financial Affairs
Summary of Assets and Liabilities Form B 106
Chapter 13 Statement of Your Current Monthly Income and Calculation Form 122C-1
Means Test Calculation Form 122C-2