United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 16-17650-amc
Angela Baumbach                                                     Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: JeanetteG          Page 1 of 2          Date Rcvd: Dec 14, 2016
                              Form ID: pdf900          Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 16, 2016.
```
db           +Angela Baumbach,    56 Nickelhill Lane,    Levittown, PA 19054-3407
13816594     +APEX Asset,    2501 Oregon Pike,    Suite 120,    Lancaster, PA 17601-4890
13816596    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:   Bank of America,     PO Box 982238,    El Paso, TX 79998)
13816597     +Bank of America, N.A.,    7105 Corporate Drive,    PTX B-209,    Plano, TX 75024-4100
13816598     +Best Buy/CBNA,    PO Box 6498,    Sioux Falls, SD 57117-6498
13829351     +Bureaus Investment Group Portfolio No 15 LLC,     c/o PRA Receivables Management, LLC,
               PO Box 41021,    Norfolk VA 23541-1021
13816602     +CHLD/CBNA,    PO Box 6497,    Sioux Falls, SD 57117-6497
13816599     +Capital One NA,    PO Box 30281,    Salt Lake City, UT 84130-0281
13816601     +Chase/Best Buy,    PO Box 15298,    Wilmington, DE 19850-5298
13816603     +Citicards CBNA,    PO Box 6241,    Sioux Falls, SD 57117-6241
13816606     +FurnitureBar,    PO Box 14517,    Des Moines, IA 50306-3517
13816607     +Harris Fuel,    206 Otter Street,    Bristol, PA 19007-3690
13816610     +Margiotti & Kroll,    4829 E. Street Road,    Suite 100,    Feasterville Trevose, PA 19053-6647
13816611     +Midland Fund,    2365 Northside Drive,    Suite 300,    San Diego, CA 92108-2709
13816614     +Sears/CBNA,    PO Box 6282,    Sioux Falls, SD 57117-6282
13816615    #+Stellar Rec,    1327 Highway 2 West,    Suite 100,    Kalispell, MT 59901-3413
13816622     +THD/CBNA,    PO Box 6497,    Sioux Falls, SD 57117-6497
13816621     +Target/TD,    PO Box 673,    Minneapolis, MN 55440-0673
13816623     +The Bureaus,    650 Dundee Road,    Suite 370,    Northbrook, IL 60062-2757
13819023     +U.S. Department of Housing and Urban Development,     451 7th Street S.W.,
               Washington, DC 20410-0002
13816624     +Verizon,    500 Technology Drive,    Suite 300,    Weldon Spring, MO 63304-2225

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: bankruptcy@phila.gov Dec 15 2016 01:33:17     City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 15 2016 01:32:57
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 15 2016 01:33:10     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13816605      E-mail/Text: mrdiscen@discover.com Dec 15 2016 01:32:45     Discover Bank,    PO Box 15316,
               Wilmington, DE 19850
13822523      E-mail/Text: mrdiscen@discover.com Dec 15 2016 01:32:45     Discover Bank,
               Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
13816608      E-mail/Text: cio.bncmail@irs.gov Dec 15 2016 01:32:48     Internal Revenue Service,
               PO Box 37008,    Hartford, CT 06176-7008
13816609     +E-mail/Text: bnckohlsnotices@becket-lee.com Dec 15 2016 01:32:47     Kohls/Capone,
               PO Box 3115,    Milwaukee, WI 53201-3115
13816617     +E-mail/PDF: gecsedi@recoverycorp.com Dec 15 2016 01:23:27     SYNCB/DKDC,    PO Box 965005,
               Orlando, FL 32896-5005
13816618     +E-mail/PDF: gecsedi@recoverycorp.com Dec 15 2016 01:24:49     SYNCB/LOW,    PO Box 956005,
               Orlando, FL 32896-0001
13816619     +E-mail/PDF: gecsedi@recoverycorp.com Dec 15 2016 01:24:15     SYNCB/ONDC/Old Navy,
               PO Box 965005,    Orlando, FL 32896-5005
13816620     +E-mail/PDF: gecsedi@recoverycorp.com Dec 15 2016 01:24:49     SYNCB/ORECK,    PO Box 965036,
               Orlando, FL 32896-5036
13816616     +E-mail/PDF: gecsedi@recoverycorp.com Dec 15 2016 01:23:27     Syncb/CARECR,    PO Box 965036,
               Orlando, FL 32896-5036
                                                                                              TOTAL: 12

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13816595       Aria Health
13816600       Chase Bank USA, NA
13816604       Credit First
13816613       Reliance Medical Group
13816625       Virtual Radiology Corporation
13816612    ##+Portfolio RC,    287 Independence,    Virginia Beach, VA 23462-2962
                                                                                   TOTALS: 5, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0313-2           User: JeanetteG              Page 2 of 2                   Date Rcvd: Dec 14, 2016
                               Form ID: pdf900              Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 16, 2016                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 14, 2016 at the address(es) listed below:
```
              DENISE ELIZABETH CARLON    on behalf of Creditor    Bank of America, N.A. bkgroup@kmllawgroup.com
              KRISTINE A. MICHAEL    on behalf of Debtor Angela  Baumbach kmichaelesquire@hotmail.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                 TOTAL: 4
```

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re | : | Chapter   13 |
| | : | |
| Angela Baumbach | : | |
| Debtor | : | Bankruptcy No.  16-17650 |

ORDER

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the orders dated November 1, 2016 and November 17, 2016 , this case is hereby DISMISSED.

**Date: December 13, 2016**

_____
Honorable ASHELY M. CHAN
United States Bankruptcy Judge

Missing Documents:

Chapter 13 Plan
Schedules AB-J
Statement of Financial Affairs
Summary of Assets and Liabilities Form B 106
Chapter 13 Statement of Your Current Monthly Income and Calculation Form 122C-1
Means Test Calculation Form 122C-2